AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

DOC # 27

United States
*Plaintiff*

v.

Louis Ciminelli
*Defendant*

Case No. 16 Mag. 6005

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Louis Ciminelli

Date: 10/3/16



*Attorney's signature*

Jessica Masella
*Printed name and bar number*

1251 Ave. of Americas, NY, NY 10020
*Address*

jessica.masella@dlapiper.com
*E-mail address*

212.335.4829
*Telephone number*

917.778.8426
*FAX number*