


*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2017

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Joseph Percoco, et al.*, 16 Cr. 776 (VEC)

Dear Judge Caproni:

    We write in response to the Court's order dated January 25, 2017, requiring that the Government update the Court weekly with regard to the status of discovery in the above-captioned matter. As noted in its March 3, 2017 letter, the Government has completed production of discoverable materials obtained by the Government as of the first pretrial conference on December 1, 2016.[1] The Government has made no additional productions since its last update letter. With regard to (i) discovery obtained since December 1, 2016, during the Government's ongoing investigation, and (ii) potentially-privileged materials, the Government remains on track to continue a rolling production of these materials as set forth in prior letters. The Government expects to make its next production available to the defense on March 15, 2017.

                          Respectfully submitted,

                          PREET BHARARA

                          United States Attorney for the
                          Southern District of New York

                By: /s Janis Echenberg
                         Janis Echenberg/Robert Boone/
                         David Zhou/Matthew Podolsky
                         Assistant United States Attorneys
                         (212) 637-2597/2208/2438/1947

cc: Counsel for all defendants (via ECF)

---

[1] The Government previously noted that it anticipated producing, on March 7, 2017, a limited number of iCloud account files, which were inadvertently not processed with the initial productions. Because processing by our discovery vendor was unexpectedly delayed, the Government expects to make these materials available to the defense on March 15, 2017.