UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH PERCOCO,<br>    a/k/a "Herb,"<br>ALAIN KALOYEROS,<br>    a/k/a "Dr. K,"<br>PETER GALBRAITH KELLY, JR.,<br>    a/k/a "Braith,"<br>STEVEN AIELLO,<br>JOSEPH GERARDI,<br>LOUIS CIMINELLI,<br>MICHAEL LAIPPLE, and<br>KEVIN SCHULER,<br><br>                             Defendants. | 16-CR-776 (VEC)<br><br>**NOTICE OF APPEARANCE** |

TO:   The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this Court, and hereby appears in this case as counsel for Defendant Joseph Gerardi.

Dated:   June 22, 2017
         New York, New York

**WALDEN MACHT & HARAN LLP**

By: Avni P. Patel, Esq.
*Attorneys for Defendant Joseph Gerardi*
One Battery Park Plaza, 34th Floor
New York, NY 10004
Tel.:   (212) 335-2030
Email: apatel@wmhlaw.com