

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica A. Masella
jessica.masella@dlapiper.com
T 212.335.4829
F 212.335.4501

January 31, 2017
BY ELECTRONIC MAIL

**TO BE FILED UNDER SEAL**
The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States* v. *Percoco, et al.*, 16 Cr. 776 (VEC)

Dear Judge Caproni:

      We represent Louis Ciminelli in the above-referenced matter. We respectfully write to request a time for a brief teleconference call with Your Honor. The reason for this request is that we would like to inform the Court about a significant medical condition of Mr. Ciminelli's that was recently diagnosed. The Government is aware that we are making a request for this teleconference, and the Government has informed us that they will attend. For Mr. Ciminelli, both Daniel Oliverio and I will attend. We anticipate that we need approximately 15-20 minutes for the call, and both parties are available on Thursday, February 2, 2017 before 12:30p.m. or Friday, February 3, 2017 after 12:00p.m., if any of those times are convenient for the Court. If those times are not convenient, we can propose additional times. We can also provide a dial-in number for the parties to participate. We further request that this letter be filed under seal, as it discloses personal and sensitive information related to Mr. Ciminelli.

Respectfully submitted,

**DLA Piper LLP (US)**

Jessica A. Masella
Partner

JAM

cc:   Janis Echenberg/Robert Boone/David Zhou/Matthew Podolsky
      Assistant United States Attorneys