

Daniel C. Oliverio
Chairman
Direct Dial: 716.848.1433
Direct Facsimile: 716.819.4752
*DOliverio@hodgsonruss.com*

June 2, 2017

**Via electronic mail**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Joseph Percoco, et al.*, No. 16-CR-776 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

      We are counsel for Defendant Louis Ciminelli. We write to advise the Court that, for personal, family and business reasons, Mr. Ciminelli will be advising all employees of LPCiminelli, Inc., of his ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and his need to continue treatment going forward. Mr. Ciminelli intends to do this on Monday, June 5, 2017, via an internal electronic mail message.[1]

      There will be no public announcement by Mr. Ciminelli (or LPCiminelli, Inc., its management, its counsel, or anyone connected with Mr. Ciminelli or the company), and there is no desire that this information become public. However, given the number of recipients of the message, a possibility exists that this information will become public. Thus, we wanted the Court to be aware of Mr. Ciminelli's announcement in light of our promise to keep the Court apprised of his health condition and related information, and our multiple requests, which the Court has granted, to seal or redact documents containing health and treatment information.

      By copy of this letter, we are letting the Government know of Mr. Ciminelli's intentions.

      We expect to update the Court on Mr. Ciminelli's health and treatment in the near future. Should the Court have any questions in the meantime, please let me know.

---

[1]    Mr. Ciminelli will also be advising additional family members and, perhaps, some additional close family friends, of his health condition and continued treatment.



        Because of the sensitive health and medical information described above, as well as the discussion of how it relates to the internal operation of LPCiminelli, Inc., and consistent with the Court's rulings authorizing the sealing or redaction of such information in documents that have been filed in this case over the past four months, we respectfully request that this letter be redacted before public filing. Our proposed redactions are reflected in a copy of the letter that is being sent to Chambers.

        On behalf of Mr. Ciminelli, thank you for your consideration. If you have any questions, please contact me at (716) 848-1433.

        Respectfully yours,

        *Daniel C. Oliverio / TWH*

        Daniel C. Oliverio

DCO/nm
cc:    Janis Echenberg, Esq. (*via electronic mail*)
       David Zhou, Esq. (*via electronic mail*)
       Robert Boone, Esq. (*via electronic mail*)
       Matthew Podolsky, Esq. (*via electronic mail*)
       Timothy W. Hoover, Esq. (*via electronic mail*)
       John M. Hillebrecht, Esq. (*via electronic mail*)
       Jessica A. Masella, Esq. (*via electronic mail*)