

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2017

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Joseph Percoco, et al.*, S1 16 Cr. 776 (VEC)

Dear Judge Caproni:

    The Government respectfully writes in response to the Court's April 10, 2017 Order requiring the Government to update the Court monthly with regard to the status of discovery.

    Since the Government's discovery status letter dated June 9, 2017, we have produced approximately 40,834 pages of documents, including approximately 19,730 pages of documents released by relevant counsel after initially having withheld such documents as potentially privileged. At present, the Government is processing for production approximately 9,300 pages of additional documents initially withheld as potentially privileged and subsequently released by relevant counsel. Government anticipates that those documents will be made available to the defense before the end of this month. The Government will continue to process and produce promptly additional documents it may obtain in the course of its investigation.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney

    By:   /s/
    Janis Echenberg/Robert Boone/
    David Zhou/Matthew Podolsky
    Assistant United States Attorneys
    (212) 637-2597/2208/2438/1947

cc: Counsel for all defendants (via ECF)