

**Timothy W. Hoover**
Partner
Direct Dial: 716.848.1271
Direct Facsimile: 716.961.9964
*thoover@hodgsonruss.com*

July 21, 2017

**Via CM-ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

                    Re:     *United States v. Joseph Percoco, et al.*, No. 16-CR-776 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

        We are counsel for Defendant Louis Ciminelli.  Per this Court's order at Docket # 280, today we are filing the redacted Letter of Daniel C. Oliverio, dated July 7, 2017, via CM-ECF.  In preparing to do so, with the Court's permission, we propose to redact one additional word – the first word on the fourth line of the second page.  I inadvertently overlooked this word in proposing our redactions to you on July 7, 2017.

        Please contact me if you have any questions.

                    Respectfully yours,

                        /s/Timothy W. Hoover

                    Timothy W. Hoover

TWH/dcb
cc:     All counsel of record (*via CM-ECF*)