

**Timothy W. Hoover**
Partner
Direct Dial: 716.848.1271
Direct Facsimile: 716.961.9964
thoover@hodgsonruss.com

July 25, 2017

<u>**Via CM-ECF**</u>

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

      Re:    *United States v. Joseph Percoco, et al.*, No. 16-CR-776 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

      We are counsel for Defendant Louis Ciminelli.  We file this letter motion to seek a further order of the Court so that we can re-submit the original, unredacted Letter of Daniel C. Oliverio, dated July 7, 2017 (the "Letter") for acceptance by the Sealed Records Department of the Court for sealed filing, per Docket # 280, 282, 284 and 300.

      To our messenger on July 24, 2017, and in a telephone call on July 25, 2017, the Sealed Records Department indicated that it cannot accept the original Letter for sealed filing, because the actual signature on the original Letter is a "slash" signature:



      We ask the Court to grant this application to allow Mr. Oliverio to add a second original, personal signature to the existing original Letter and to direct the Sealed Records Department to accept such original Letter with the second signature added for filing on or before July 31, 2017 (so that we are able to get the second signature added).

July 25, 2017
Honorable Valerie E. Caproni
Page 2

Thank you for your consideration.  Please contact me if you have any questions.

Respectfully yours,

/s/Timothy W. Hoover

Timothy W. Hoover

TWH/dcb
cc:     All counsel of record (*via CM-ECF*)