**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com



Writer's Direct Number
212.756.2449

Writer's E-mail Address
Andrew.Gladstein@srz.com

July 27, 2017

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2017
```

Re:   **United States v. Percoco, et al., S1 16 Cr. 776 (VEC)**

Dear Judge Caproni:

    We represent Joseph Percoco in the above-referenced matter. We write to respectfully request that Mr. Percoco's bail conditions be modified to permit him to travel to Massachusetts during the month of August 2017. Mr. Percoco is planning to visit Massachusetts on two occasions for college tours and other family obligations. He will keep Pretrial Services fully apprised of his travel plans.

    We have spoken with Pretrial Services Officers Lisa Chan and AUSA Matthew Podolski. They have no objection to the requested relief.

Sincerely,

/s/ Andrew D. Gladstein

Andrew D. Gladstein

cc:   AUSA Matthew Podolski (*via* electronic mail)
      Pretrial Services Officers Lisa Chan and Joseph Perry (*via* electronic mail)

Application GRANTED.

SO ORDERED.

*Valerie Caproni*
7/28/2017

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE