1114 Avenue of the Americas
New York, NY 10036

212 506 3900 main
www.steptoe.com



Michael Campion Miller
212 506 3995 direct
212 506 3950 fax

July 31, 2017

Via ECF

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *U.S. v. Percoco, et al.* (Case No. 16-cr-00776-VEC)

Dear Judge Caproni:

    This firm represents Defendant Alain Kaloyeros in the above-referenced matter.

    We write in response to the Court's July 18, 2017 Order [Docket No. 279], which directed that we report any existing firm trial commitments between May 1, 2018 and September 30, 2018. As of this date, we have no firm trial commitments in that time period. However, I am unavailable the last two weeks of May due to family obligations.

    We thank the Court for its attention to this matter and are available to the Court should it require any additional information.

Respectfully submitted,

/s/ Michael Miller /J.A.N.

Michael C. Miller

cc:    All Counsel (via ECF)