

**Timothy W. Hoover**
Partner
Direct Dial: 716.848.1271
Direct Facsimile: 716.961.9964
*thoover@hodgsonruss.com*

July 31, 2017

<u>**Via CM-ECF**</u>

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

        Re:    *United States v. Joseph Percoco, et al.*, No. 16-CR-776 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

        We are counsel for Louis Ciminelli.  In response to the Court's Order (Docket #279), counsel for Mr. Ciminelli and Michael Laipple report that they do not have any firm trial commitments from May 1, 2018 through September 1, 2018.  Counsel for Kevin Schuler has a trial date certain of May 22, 2018 in *Burch v. Kappa Sigma Fraternity*, Civil No. 15-C-638 (W. Va. Cir. Ct. (Monongalia Cty.)) but understands that criminal cases take preference, so a conflict is unlikely.

        Respectfully yours,

        /s/Timothy W. Hoover

        Timothy W. Hoover

TWH/dcb
cc:    All counsel of record (*via CM-ECF*)