

September 20, 2017

**Attorneys At Law**
Terrence M. Connors
Randall D. White*
John T. Loss
Vincent E. Doyle III
Michael J. Roach
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Paul A. Woodard
Nicholas A. Romano
Caitlin M. Higgins
Christina S. Parker
Christopher J. Larrabee
Caitlin E. O'Neil
Trevor N. White
Sarah M. Washington

**Paralegals**
Curtis J. Ahrens, Jr.
John P. Kromer
Sara E. Lyons
Christine A. Trojan, R.N.
Katherine M. Grossberg
Margaret Dickey, R.N.
Julie Scott, L.P.N.
Lea Ann Wilczak, R.N.
Dianne M. Lysarz, R.N.

*Also admitted in
 District of Columbia

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Percoco, et al., 16 Cr. 776 (VEC)</u>

Dear Judge Caproni:

    On behalf of Kevin Schuler, we respectfully request that he be permitted to travel with his family to Cape Cod from October 6 to 9, 2017. Currently, Mr. Schuler's bail conditions restrict his travel to the State of New York. Mr. Schuler has been fully cooperative with Pre-Trial Services. USPO Ashley McNeal and AUSA Janis Echenberg each consent to this request.

    Thank you in advance for your consideration.

    Respectfully submitted,

    Terrence M. Connors

sel
cc:    Janis Echenberg, Assistant United States Attorney
        Ashley McNeal, United States Probation & Pre-Trial Services Officer

Application GRANTED.

SO ORDERED.

_____
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1000 Liberty Building, Buffalo, New York 14202  |  P: 716-852-5533  |  F: 716-852-5649  |  www.connorsllp.com