

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Percoco, et al.**
      **Case No. 16-cr-00776-VEC**)

Dear Judge Caproni:

    We represent Mr. Aiello in the above matter and submit this letter jointly with Mr. Gerardi (collectively the "Syracuse Defendants") in response to the Court's September 20, 2017 Order (Dkt. No. 320) requesting our position on withdrawing or supplementing our pending motions in light of the Second Superseding Indictment ("S2 Indictment").

    The Syracuse Defendants are not withdrawing any motions since the S2 Indictment only further enhances the need for the relief sought therein. We also do not need to supplement our motions but wish to note that the S2 Indictment is the Government's fourth theory of a case that was initiated after a lengthy investigation. The evolution of the Government's theories demonstrates why the Court should compel the Government to *identify*, *particularize* and *commit* to the conduct it seeks to prosecute (i.e. what is the economic harm; what are the official acts, what are the false statements, etc). Without such particularity, the Government is free to transform its theories during trial to our surprise and detriment.

    Thank you for your attention to this matter.

    We look forward to trial.

                Very truly yours,

                 O'CONNELL AND ARONOWITZ

                 By:   /s/ *Scott W. Iseman*

                 Scott W. Iseman

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEWIS A. ARONOWITZ
  1951-1979

---

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
F. MATTHEW JACKSON

---

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
CRISTINA D. COMMISSO

---

ELIZABETH A. CONNOLLY
CHAD A. JEROME
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY
KATHLEEN EVERS BROWN
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

HOLLY E. VEGAS*
CARLA R. WILLIAMS*
  *Healthcare Consulting Group*)

*NOT A MEMBER OF THE LEGAL PRACTICE

{O0077378.1}

Page 2                                                                 September 27, 2017

cc:     All counsel of record (via ECF)