```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA,

        -against-

  JOSEPH PERCOCO,
      a/k/a "Herb,"
  ALAIN KALOYEROS,
      a/k/a "Dr. K,"
  PETER GALBRAITH KELLY, JR.,
      a/k/a "Braith,"
  STEVEN AIELLO,
  JOSEPH GERARDI,
  LOUIS CIMINELLI,
  MICHAEL LAIPPLE, and
  KEVIN SCHULER,

                Defendants.
------------------------------------------------------------ X

16-CR-776 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS Defendants Kaloyeros, Ciminelli, Laipple, and Schuler request the opportunity to supplement their pretrial motions in letter submissions;

    IT IS HEREBY ORDERED that on or before **October 6, 2017**, Defendants may file a supplemental letter brief in support of their motions. The Government must file a letter responding to Defendants' supplemental letter briefs on or before **October 13, 2017**. Defendants may file a reply letter on or before **October 18, 2017**.

**SO ORDERED.**

Dated: September 27, 2017
      New York, NY

                                                   _____
                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**