# Exhibit A

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 13, 2017

**By Email**
Stephen R. Coffey, Esq.
Scott Wendtworth Iseman, Esq.
Milton L. Williams, Jr., Esq.

    **Re**:   *United States* v. *Steven Aiello and Joseph Gerardi*
           S2 16 Cr. 776 (VEC)

Dear Counsel:

    Please be advised that, while the Government's position is that the following is admissible as direct proof of the charged crimes, in the alternative, the Government may also seek, pursuant to Federal Rule of Evidence 404(b) ("Rule 404(b)"), to introduce evidence of the following uncharged crimes, wrongs, or acts committed or caused to be committed by defendants Steven Aiello ("Aiello") and Joseph Gerardi ("Gerardi"), as proof of the defendants' motive, opportunity, intent, preparation, plan, knowledge, identity, and/or absence of mistake or accident with respect to the charges in the S2 Indictment scheduled for trial in January 2018:

- Aiello and Gerardi each participated in the Buffalo Billion Fraud and Bribery Scheme, as described in Complaint 16 Mag. 6005, at paragraphs 67 through 87, and in the above-captioned Indictment, at paragraphs 37 through 43.

- On or about June 21, 2016, Aiello and Gerardi each made false statements to the Government regarding their participation in the Buffalo Billion Fraud and Bribery Scheme, as described in Complaint 16 Mag. 6005, at paragraph 88, and in the above-captioned Indictment, at paragraphs 68 through 71.

                              Very truly yours,

                              JOON H. KIM
                            Acting United States Attorney

        By:    /s Janis M. Echenberg
                    Janis Echenberg/Robert Boone/
                    David Zhou/Matthew Podolsky
                    Assistant United States Attorneys
                    (212) 637-2597/2208/2438/1947

cc:
Barry A. Bohrer, Esq.
Andrew David Gladstein, Esq.
Michael Lloyd Yaeger, Esq.
Jeffrey Adam Novack, Esq.
Daniel M. Gitner, Esq.
Jun Xiang, Esq.
Samantha Reitz, Esq.