# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

December 8, 2017

**BY ECF:**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: **United States v. Percoco, et al.**, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    We represent Peter Galbraith Kelly, Jr. in the above-referenced matter. We write on behalf of Mr. Kelly and his co-defendants Joseph Percoco, Steven Aiello, and Joseph Gerardi.

    Pursuant to the Court's order dated November 27, 2017 (Doc. No. 366) and consistent with Your Honor's practice in United States v. Silver, the defense is jointly submitting the following proposals: (1) preliminary jury instructions, (2) final jury instructions, (3) a written juror questionnaire, and (4) oral voir dire questions.

    Respectfully submitted,

    LANKLER SIFFERT & WOHL LLP

    By: _/s/ Daniel M. Gitner_
    Daniel M. Gitner
    Jun Xiang
    Rachel S. Berkowitz

**CC:**

All Counsel (via ECF)