

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

December 11, 2017

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Joseph Percoco, et al.*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    The Government respectfully writes in response to Court's order dated December 6, 2017 (Dkt. No. 375) requesting that the Government inform the Court whether any party objects to continued work on the above-captioned matter by a law clerk who was previously employed by a law firm currently representing Clough Harbour and Associates ("CHA"). The Government has conferred with counsel for each of the defendants in the above-captioned matter, and none of the defendants object to the law clerk's continued involvement in this matter.

                                       Respectfully submitted,

                                       JOON H. KIM
                                       Acting United States Attorney

                                     By: _s/ Janis Echenberg_
                                           Janis Echenberg/Robert Boone/
                                           David Zhou/Matthew Podolsky
                                           Assistant United States Attorneys
                                           (212) 637-2597/2208/2438/1947

cc: Counsel for all defendants (via ECF)