USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA,

      -against-

JOSEPH PERCOCO,
    a/k/a "Herb,"
ALAIN KALOYEROS,
    a/k/a "Dr. K,"
PETER GALBRAITH KELLY, JR.,
    a/k/a "Braith,"
STEVEN AIELLO,
JOSEPH GERARDI,
LOUIS CIMINELLI,
MICHAEL LAIPPLE, and
KEVIN SCHULER,

                Defendants.
---------------------------------------------------------------- X

16-CR-776 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 27, 2017 (Dkt. 366), the Court ordered the Government and the January Trial Group Defendants to appear for a status conference on December 13, 2017 at 3:00 p.m. in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY;

    IT IS HEREBY ORDERED that the December 13, 2017 conference shall proceed as scheduled. All of the January Trial Group Defendants must appear to be arraigned on the Second Superseding Indictment. The Government and the January Trial Group Defendants should be prepared to discuss their pending motions in limine. Additionally, at this conference, the Court will schedule a Final Pretrial Conference; address courtroom logistics and jury selection procedures for the January Trial; set a timeline for any outstanding disclosures; and address any other applications that the parties may have.

The June Trial Group Defendants are excused from the December 13, 2017 conference.

The Court will arraign these Defendants on the Second Superseding Indictment at a later date.

**SO ORDERED.**
**Date: December 12, 2017**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**