*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 11, 2025

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Alain Kaloyeros, et al.*, 16 Cr. 776 (VEC)

Dear Judge Caproni:

    The Government respectfully submits this joint letter on behalf of the parties pursuant to the Court's Order dated June 23, 2025 (Dkt. 1083). The parties remain engaged in discussions about the case and next steps. In order to allow adequate time for the parties to continue their discussions and inform the Court about the parties' respective positions, the parties jointly request that the Court permit the parties to submit another joint letter in four weeks, *i.e.*, on August 8, 2025.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

        by:  /s/ Robert B. Sobelman
        Lara Pomerantz
        Robert B. Sobelman
        Assistant United States Attorneys
        (212) 637-2343/2616

Cc: Counsel of Record (by ECF)