

**MEMO ENDORSED**

December 18, 2025

**Via ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2025

Re:   *United States v. Kaloyeros, et al.*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    I write on behalf of defendant Steven Aiello. Mr. Aiello previously surrendered his passport to Pretrial Services. Yesterday, the Court sentenced Mr. Aiello to time served with no supervised release. Accordingly, I write to respectfully request that the Court direct Pretrial Services to return Mr. Aiello's passport to my office, so that we may arrange its return to him. The government consents to this request.

    We thank the Court for its consideration.

Respectfully submitted,

/s/ Alexandra A.E. Shapiro

Alexandra A.E. Shapiro

cc:   Counsel of record (via ECF)

---

Pretrial Services must make Mr. Aiello's passport available for pick-up by Ms. Shapiro. Ms. Shapiro must provide reasonable notice of her desired pick-up date and time to Pretrial Services.

SO ORDERED.    12/19/2025

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE