```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -against-

ALAIN KALOYEROS,

                      Defendant.

-------------------------------------------------------------- X

16-CR-776 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 22, 2025, Mr. Kaloyeros waived indictment; pled guilty; and the Court sentenced him to time served, no supervised release, a $100,000 fine, and a special assessment of $100.

    IT IS HEREBY ORDERED that Pretrial Services must make Mr. Kaloyeros's passport available for pick-up by his counsel. His counsel must provide reasonable notice of the desired pick-up date and time to Pretrial Services.

**SO ORDERED.**

Dated: **December 22, 2025**
       **New York, NY**

                                              **VALERIE CAPRONI**
                                            **United States District Judge**